**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------X
In re:                                                    Chapter 11

NORTHERN BOULEVARD AUTOMALL, LLC,      Case No. 19-41348-nhl
d/b/a LONG ISLAND CITY VOLKSWAGEN,

                                   Debtor.

---------------------------------------------------------------------------X    **STIPULATION AND ORDER**
   **SETTING TIME TO RESPOND**
MAGIC MAJOR AUTO, INC.,    **TO  COMPLAINT_____**

               Plaintiff                       Adv. Pro. No. 19-01152-nhl
     -against-

NIKOLAOS LETSIOS, NORTHERN BROADWAY
AUTO, LLC, RESPECT AUTO QUEENS I LLC,
MAYORS AUTO GROUP LLC,

        Defendants.

---------------------------------------------------------------------------X

       IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the

undersigned attorneys for the parties, that the time for RESPECT AUTO QUEENS I, LLC to respond to

the Complaint shall be on or before December 20, 2019.

Dated: New York, N.Y.
        November 26, 2019

/s/ Alan Stein                                  /s/ Robert K. Gross
Alan C. Stein, Esq.                          Robert K. Gross, Esq.
LAW OFFICES OF ALAN C. STEIN, P.C.    BARCLAY DAMON LLP
*Attorney for Plaintiff*                     *Attorneys for Respect Auto Queens I, LLC*
7600 Jericho Turnpike Suite 308        1270 Avenue of the Americas
Woodbury, NY 11797                     Suite 501
(516) 932-1800                              New York, New York 10020
alan@alanstein.net                           (212) 782 5800
                                                   rgross@barclaydamon.com

   SO ORDERED:

\*Electronic signature affixed by counsel for Third Party Defendants with express consent of counsel for Defendants/Third-Party Plaintiffs