```
                              United States Bankruptcy Court
                               Eastern District of New York
```

Magic Major Auto, Inc.,
       Plaintiff                                                                         Adv. Proc. No. 19-01152-nhl

Letsios,
       Defendant

## CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: adobson               Page 1 of 1                  Date Rcvd: Nov 25, 2019
                              Form ID: pdf000             Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2019.
pla            +Magic Major Auto, Inc.,    74 Beach Road,    Great Neck, NY 11023-1020
dft            +Mayors Auto Group LLC,    53-21 Northern Boulevard,    Woodside, NY 11377-1745
dft             Nikolaos Letsios,    16418 Cryders Lane,    Whitestone, NY 11357-2831
dft            +Northern Broadway Auto, LLC,    53-21 Northern Boulevard,    Woodside, NY 11377-1745
dft            +Respect Auto Queens I LLC,    53-21 Northern Boulevard,    Woodside, NY 11377-1745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Nov 25 2019 18:57:26
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-4811
ust            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Nov 25 2019 18:57:26      United States Trustee,
                 Office of the United States Trustee,    U.S. Federal Office Building,
                 201 Varick Street, Room 1006,    New York, NY 10014-7016
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*           +United States Trustee,    Office of the United States Trustee,    U.S. Federal Office Building,
                 201 Varick Street, Room 1006,    New York, NY 10014-7016
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2019 at the address(es) listed below:
              Alan   Stein    on behalf of Plaintiff   Magic Major Auto, Inc. alan@alanstein.net
              Janice B Grubin    on behalf of Defendant    Respect Auto Queens I LLC jgrubin@barclaydamon.com,
               mlangone@barclaydamon.com;docketing@barclaydamon.com
                                                                                              TOTAL: 2
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
www.nyeb.uscourts.gov

---------------------------------------------------------------------------x
In Re:
    Northern Boulevard Automall, LLC

Case No.:**19-41348-nhl**

Chapter 11

**Debtor**
---------------------------------------------------------x
Magic Major Auto, Inc.

Adv Proc. 19-01152-nhl

Plaintiff
    vs.
Nikolaos Letsios
Northern Broadway Auto, LLC
Respect Auto Queens I LLC
Mayors Auto Group LLC

Defendant
---------------------------------------------------------------------------x

**NOTICE OF PRE-TRIAL CONFERENCE**

To the above-named parties:

**A Notice of Removal** of the above captioned proceeding having been filed on __November 21, 2019__ and no motion for remand having been brought (or any such motion having not been granted);

**NOTICE IS HEREBY GIVEN**, that a pre-trial conference with respect to the complaint herein has been set before the __Honorable Nancy Hershey Lord__ on __February 4, 2020__ at __11:00 am__, at the **United States Bankruptcy Court,** located at **271-C Cadman Plaza East, Brooklyn, New York 11201-1800**, in courtroom **3577.**

Dated: Brooklyn, New York
     November 25, 2019

                                              **ROBERT A. GAVIN, JR.**
                                              **Clerk of Court**

                                 By: **A Dobson**
                                          *Deputy Clerk*

**UNITED STATES BANKRUPTCY COURT**
Eastern District of New York

<u>NOTICE OF ELECTRONIC FILING PROCEDURE</u>

**The following applies to all adversary proceedings filed on or after January 1, 2003.**

The court's Electronic Case Filing ("ECF") system is accessible via the court's Internet site at www.nyeb.uscourts.gov. In compliance with Federal Rule of Civil Procedure 11 and the court's General Order on Electronic Filing Procedures ("General Order #473"), the attorney's initials, the last four digits of the attorney's social security number and the password assigned to the attorney by the court shall constitute the attorney's signature on any document filed electronically. Security of a password issued to an attorney is the attorney's responsibility. An original signed copy of all filings shall be maintained in the attorney's file in accordance with General Order #473.

All parties with legal representation must file documents by one of the following methods:

**1. INTERNET** *(Preferred Method)***:** The requirements for filing, viewing and retrieving case documents over the Internet are: A personal computer running a standard Windows platform (Windows 98/Me/NT/2000/XP); an Internet provider using Point to Point Protocol (PPP) for dial-up service, or offering DSL or cable service; Netscape Navigator software version 4.7x or higher or Microsoft Internet Explorer version 5.5 or higher; and software to convert documents from a word processing format (e.g., Corel WordPerfect or Microsoft Word) to portable document format (PDF). (If the word processing software you use does not contain a built-in conversion utility, you will need Adobe Acrobat, version 4.01 or higher.) ECF login is available at the court's Internet site at www.nyeb.uscourts.gov. Note that a password is needed to file documents directly into the system over the Internet. Please contact the court to obtain a password. In addition, a PACER login is needed to view or print documents from the system. A PACER login can be obtained by calling the PACER Service Center at 1-800-676-6856 or by visiting their Internet site at http://pacer.psc.uscourts.gov.

**2. DISKETTE, PDF FORMAT:** If you are not equipped or have not registered to file over the Internet, you must submit your documents on a diskette, in PDF format. Adobe Acrobat software will provide you with the ability to create documents in PDF format; additionally, word processing programs such as Corel WordPerfect and Microsoft Word include a built-in conversion utility. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of the document, and the file name on the diskette.

**3. DISKETTE, NON-PDF FORMAT:** If you are unable either to file over the Internet or create documents in PDF format, you must submit your documents on a diskette in one of the following formats: Corel WordPerfect, Microsoft Word, DOS text(ASCII) or a scanned image of your filing. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of the document, and the file name on the diskette.

**Parties without legal representation may file documents in paper form, in accordance with procedures set forth in the court's Local Rules**