**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------------X

In re:                                                                           Chapter 11

NORTHERN BOULEVARD AUTOMALL, LLC,                    Case No. 19-41348-nhl
*dba* LONG ISLAND CITY VOLKSWAGEN,

                                            Debtor.
----------------------------------------------------------------------------X

MAGIC MAJOR AUTO, INC.,

                        Plaintiff
                                                                                  Adv. Pro. No. 19-01152-nhl
            -against-

NIKOLAOS LETSIOS, NORTHERN BROADWAY
AUTO, LLC, RESPECT AUTO QUEENS I LLC, and
MAYORS AUTO GROUP LLC,

                        Defendants.

----------------------------------------------------------------------------X

## STIPULATION AND ORDER SETTING TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and

between the undersigned attorneys for the parties, that the time for RESPECT AUTO

QUEENS I, LLC to respond to the Complaint shall be on or before December 20, 2019.

*[Order continues on following page]*

Dated: New York, N.Y.
November 26, 2019

/s/ Alan Stein
Alan C. Stein, Esq.
LAW OFFICES OF ALAN C. STEIN, P.C.
*Attorney for Plaintiff*
7600 Jericho Turnpike Suite 308
Woodbury, NY 11797
(516) 932-1800
alan@alanstein.net

/s/ Robert K. Gross
Robert K. Gross, Esq.
BARCLAY DAMON LLP
*Attorneys for Respect Auto Queens I, LLC*
1270 Avenue of the Americas
Suite 501
New York, New York 10020
(212) 782 5800
rgross@barclaydamon.com

*Electronic signature affixed by counsel for Third Party Defendants with express consent of counsel for Defendants/Third-Party Plaintiffs

SO ORDERED:



**Dated: December 12, 2019**
**Brooklyn, New York**

**Nancy Hershey Lord**
**United States Bankruptcy Judge**