UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
In re:                                                                                              Chapter 11

NORTHERN BOULEVARD AUTOMALL, LLC,                          Case No. 19-41348-nhl
d/b/a LONG ISLAND CITY VOLKSWAGEN,

                                            Debtor.
-----------------------------------------------------------------------------X
MAGIC MAJOR AUTO, INC.,

                      Plaintiff                                            Adv. Pro. No. 19-01152-nhl
     -against-

NIKOLAOS LETSIOS, NORTHERN BROADWAY
AUTO, LLC, RESPECT AUTO QUEENS I LLC,
MAYORS AUTO GROUP LLC,

                    Defendants.

-----------------------------------------------------------------------------X

**STIPULATION AND ORDER SETTING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned attorneys for the parties, that the time for RESPECT AUTO QUEENS I, LLC to respond to the Complaint shall be on or before January 10, 2020.

Dated: New York, N.Y.
       December 20, 2019

| | |
|---|---|
| /s/ Alan Stein<br>Alan C. Stein, Esq.<br>LAW OFFICES OF ALAN C. STEIN, P.C.<br>*Attorney for Plaintiff*<br>7600 Jericho Turnpike Suite 308<br>Woodbury, NY 11797<br>(516) 932-1800<br>alan@alanstein.net | /s/ Robert K. Gross<br>Robert K. Gross, Esq.<br>BARCLAY DAMON LLP<br>*Attorneys for Respect Auto Queens I, LLC*<br>1270 Avenue of the Americas<br>Suite 501<br>New York, New York 10020<br>(212) 782 5800<br>rgross@barclaydamon.com |

*Electronic signature affixed by counsel for Third Party Defendants with express consent of counsel for Defendants/Third-Party Plaintiffs

SO ORDERED:



Dated: December 26, 2019  
Brooklyn, New York

                        **Nancy Hershey Lord**  
                        **United States Bankruptcy Judge**