**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------X
In re:                                                                                                          Chapter 11

NORTHERN BOULEVARD AUTOMALL, LLC,                    Case No. 19-41348-nhl
d/b/a LONG ISLAND CITY VOLKSWAGEN,                       Adv. Pro. No. 19-01152-nhl

                                                              Debtor.             STIPULATION AND ORDER
                                                                                                                     SETTING TIME TO RESPOND TO
---------------------------------------------------------------------------X  COMPLAINT, ADJOURNING PRE-
                                                                                                                     TRIAL CONFERENCE, AND TO
MAGIC MAJOR AUTO, INC.,                                                      UPLOAD EXHIBITS TO
                                                                                                                     <u>PLAINTIFF'S COMPLAINT</u>

                 Plaintiff

     -against-

NIKOLAOS LETSIOS, NORTHERN BROADWAY
AUTO, LLC, RESPECT AUTO QUEENS I LLC,
MAYORS AUTO GROUP LLC,

                 Defendants.

---------------------------------------------------------------------------X

       IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned attorneys for the parties, that the time for Defendants NIKOLAOS LETSIOS and RESPECT AUTO QUEENS I, LLC, by their respective counsel, to respond to the Complaint shall be on or before February 28, 2020.

       IT IS HEREBY FURTHER STUPULATED, CONSENTED TO AND AGREED, by and between the undersigned attorneys for the parties, that the pre-trial conference, previously scheduled for February 4, 2020, is adjourned to March 17, 2020 at 11:00 AM

       IT IS HEREBY FURTHER STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned attorneys for the parties, that Plaintiff shall upload the exhibits referenced in (and which were omitted from) the complaint by filing a cover letter enclosing same with the Court on or before January 28, 2020.

Dated: New York, N.Y.
      January 27, 2020

/s/ Alan Stein
Alan C. Stein, Esq.
LAW OFFICES OF ALAN C. STEIN, P.C.
*Attorney for Plaintiff*
7600 Jericho Turnpike Suite 308
Woodbury, NY 11797
(516) 932-1800
alan@alanstein.net

/s/ Robert K. Gross
Robert K. Gross, Esq.
BARCLAY DAMON LLP
*Attorneys for Respect Auto Queens I, LLC*
1270 Avenue of the Americas
Suite 501
New York, New York 10020
(212) 782 5800
rgross@barclaydamon.com

Dated: Lake Success, New York
      January 27, 2020

/s/ Emanuel Kataev, Esq.
MILMAN LABUDA LAW GROUP PLLC
*Attorney for Defendant Nikolaos Letsios*
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 303-1395
emanuel@mllaborlaw.com

SO ORDERED:

*Electronic signature affixed by counsel for Third Party Defendants with express consent of counsel for Defendants