```
                         United States Bankruptcy Court
                          Eastern District of New York
```

Magic Major Auto, Inc.,
      Plaintiff                                                          Adv. Proc. No. 19-01152-nhl

Letsios,
      Defendant

## CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: ahoward              Page 1 of 1                Date Rcvd: Feb 07, 2020
                              Form ID: 320              Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
pla            +Magic Major Auto, Inc.,   74 Beach Road,   Great Neck, NY 11023-1020
dft            +Mayors Auto Group LLC,   53-21 Northern Boulevard,   Woodside, NY 11377-1745
dft             Nikolaos Letsios,   16418 Cryders Lane,   Whitestone, NY  11357-2831
dft            +Northern Broadway Auto, LLC,   53-21 Northern Boulevard,   Woodside, NY 11377-1745
dft            +Respect Auto Queens I LLC,   53-21 Northern Boulevard,   Woodside, NY 11377-1745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                        Signature: <u>/s/Joseph Speetjens</u>

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:
              Alan   Stein    on behalf of Plaintiff   Magic Major Auto, Inc. alan@alanstein.net
              Emanuel   Kataev    on behalf of Defendant Nikolaos  Letsios emanuel@mllaborlaw.com
              Janice B Grubin    on behalf of Defendant   Respect Auto Queens I LLC jgrubin@barclaydamon.com,
               mlangone@barclaydamon.com;docketing@barclaydamon.com
              Joseph Martin Labuda    on behalf of Defendant Nikolaos  Letsios joe@mmmlaborlaw.com
                                                                                             TOTAL: 4
```

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−19−01152−nhl |
| Magic Major Auto, Inc. v. Letsios et al | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 0 |
| DEBTOR(s) | |

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT**:

The hearing on the Motion to Extend Time for Defendant Letsios to respond to the Complaint by two (2) weeks to Friday, January 17, 2020 filed by Emanuel Kataev on behalf of Nikolaos Letsios has been rescheduled by the Court from February 25, 2020 at 3:00 P.M. to February 25, 2020 at 2:00 P.M.

Dated: February 7, 2020

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLbcn1** [Blank Creditors Notice rev. 02/01/17]